IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILL HARRIS                                                                                                 PETITIONER

VS.                             CASE NO. 2:05CV00120 JLH/HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 17th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE